971 P.2d 321

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**August 27, 1999**

| 21018 | Gecc Financial Corp. v. Kalilikane | Affirmed |

**August 28, 1998**

| 21066 | Ebisui v. Ikehara | Affirmed |
| 20814 | McGhin v. Escafe | Affirmed |

**September 30, 1998**

| 20666 | Boggs v. Boggs | Affirmed |
| 20559 | State v. Ortiz | Affirmed |

**October 6, 1998**

| 21288 | Carlisle v. 1976 Porsche Carrera | Affirmed |

**October 15, 1998**

| 20745 | State v. Barrett | Affirmed |

**October 16, 1998**

| 20902 | Elliot Megdal and Associates v. Daio USA Corp. | Vacated in part. |

**October 27, 1998**

| 20568 | State v. Kamana'o | Affirmed |

**November 9, 1998**

| 21127 | Gabarino v. Artukovich | Affirmed |

**November 23, 1998**

| 21280, 21281 | Doe, In re | Affirmed |

**November 25, 1998**

| 21311 | Munzig v. State | Affirmed |
| 21001 | State v. Betts | Vacated |

**December 7, 1998**

| 21651 | State v. Campbell | Affirmed |